EUGENE HULSE, PLAINTIFF-RESPONDENT, v. JAMISON AND SON BUS COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Henry H. Rubenson* for the petitioners.

*Messrs. Wilentz, Goldman & Spitzer, Mr. Morris Brown* and *Mr. Stephen E. Barcan* for the respondents.

September 15, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT MARS AND JAMES R. JACKSON, DEFENDANTS-PETITIONERS.

*Mr. Stanley C. VanNess* and *Mrs. Susan T. Sinins* for the petitioners.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

September 15, 1969. Denied

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JUAN FIGUEROA, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

September 15, 1969. Denied.